DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **ELROY DOWE,**<br><br>        Petitioner,<br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>        Respondent. | )<br>)<br>)<br>)  **Criminal Action No. 2004-0005**<br>)  **Civil Action No. 2009-0100**<br>)<br>)<br>)<br>) |

**Appearances:**
**Elroy Dowe,**
St. Thomas, U.S.V.I.
    *Pro Se*

**Alphonso G. Andrews, Esq.,**
St. Croix, U.S.V.I.
    *For the United States*

## ORDER

**UPON CONSIDERATION** of Petitioner Elroy Dowe's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence and Conviction Pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") (Dkt. No. 1226); Magistrate Judge George W. Cannon Jr.'s Report and Recommendation ("R&R") recommending that the Court deny Petitioner's Motion to Vacate on all grounds (Dkt. No. 1350); and Petitioner's Motion styled "F. R. Civ. Proc. R. 15(c)(1)(B) Amendment to Pending § 2255" ("Motion to Amend") (Dkt. No. 1332); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Cannon's R&R (Dkt. No. 1350) is **ACCEPTED**; and it is further

**ORDERED** that Petitioner's Motion to Vacate (Dkt. No. 1226) is **DENIED**; and it is further

**ORDERED** that Petitioner's Request for discovery is **DENIED**; and it is further

**ORDERED** that Petitioner's request for an evidentiary hearing is **DENIED**; and it is further

**ORDERED** that Petitioner's Motion to Amend (Dkt. No. 1332) is **DENIED**; and it is further

**ORDERED** that the Court **DECLINES** to issue a Certificate of Appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested; and it is further

**ORDERED** that the Clerk of Court is directed to mark the case **CLOSED**.

**SO ORDERED**.

Date:  June 10, 2020                             _____/s/_____
                                                 WILMA A. LEWIS
                                                 Chief Judge